PODS ENTERPRISES, LLC
5585 RIO VISTA DRIVE
CLEARWATER, FL 33760
727-538-6328

**Earnings Statement** ADP

Period Beginning: 07/09/2015
Period Ending:    07/22/2015
Pay Date:         07/29/2015

Taxable Marital Status:
  Federal:   Married

Exemptions/Allowances:
  Federal:   0

00000000905
  ROBERT Q GRAY
  734 BELLE GROVE DRIVE
  JONESBORO GA 30238

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.7500 | 18.33 | 288.70 | 2,866.98 |
| Overtime | | | | 255.62 |
| **Gross Pay** | | | **$288.70** | 3,122.60 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Earnings | 288.70 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -17.90 | 193.60 |
| | Medicare Tax | -4.19 | 45.28 |
| | GA State Income Tax | -5.42 | 5.42 |
| | Federal Income Tax | | 193.02 |
| **Net Pay** | | | **$261.19** |
| Checking 1 | | -261.19 | |
| **Net Check** | | | **$0.00** |

Your federal taxable wages this period are $288.70
Your GA taxable wages this period are $288.70

**Important Notes**
EFFECTIVE THIS PAY PERIOD YOUR STATE EXEMPTIONS/ALLOWANCES HAVE BEEN CHANGED FROM TO 0.

EFFECTIVE THIS PAY PERIOD YOUR STATE TAX JURISDICTION HAS BEEN CHANGED.

EFFECTIVE THIS PAY PERIOD YOUR STATE TAX JURISDICTION HAS BEEN CHANGED.

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:   Single
Exemptions/Allowances:
  GA:   0

# Earnings Statement

**PODS ENTERPRISES, LLC**
5585 RIO VISTA DRIVE
CLEARWATER, FL 33760
727-538-6928

| | |
|---|---|
| Period Beginning: | 07/23/2015 |
| Period Ending: | 08/05/2015 |
| Pay Date: | 08/12/2015 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0

0000000790
ROBERT Q GRAY
734 BELLE GROVE DRIVE
JONESBORO GA 30238

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.7500 | 36.75 | 578.81 | 3,445.79 |
| Overtime | | | | 255.62 |
| **Gross Pay** | | | **$578.81** | **3,701.41** |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -24.81 | 177.83 |
| Social Security Tax | -35.89 | 229.49 |
| Medicare Tax | -8.39 | 53.67 |
| GA State Income Tax | -22.11 | 27.53 |
| **Net Pay** | **$487.61** | |
| Checking 1 | -487.61 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $578.81
Your GA taxable wages this period are $578.81

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Earnings | | 578.81 |

## Additional Tax Withholding Information

Taxable Marital Status: Single
GA:
Exemptions/Allowances:
  GA:

©1998, 2006. ADP, LLC All Rights Reserved.
TEAR HERE

# Earnings Statement

PODS ENTERPRISES, LLC
5585 RIO VISTA DRIVE
CLEARWATER, FL 33760
727-538-6828

Period Beginning: 08/20/2015
Period Ending: 09/02/2015
Pay Date: 09/09/2015

0000000771
ROBERT Q GRAY
734 BELLE GROVE DRIVE
JONESBORO GA 30238

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.7500 | 32.13 | 506.05 | 4,387.33 |
| Overtime | | | | 255.62 |
| **Gross Pay** | | | **$506.05** | 4,542.95 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -17.53 | 205.83 |
| | Social Security Tax | -31.37 | 267.86 |
| | Medicare Tax | -7.33 | 62.62 |
| | GA State Income Tax | -44.74 | 412.78 |
| **Net Pay** | | **$405.08** | |
| Checking 1 | | -405.08 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $506.05
Your GA taxable wages this period are $506.05

## Additional Tax Withholding Information

Taxable Marital Status: Single
GA
Exemptions/Allowances:
  GA: 0

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Earnings | 506.05 | |

◀ TEAR HERE    © 1998, 2006, ADP, LLC All Rights Reserved.

# Earnings Statement

**PODS ENTERPRISES, LLC**
5585 RIO VISTA DRIVE
CLEARWATER, FL 33760
727-538-6328

Period Beginning: 09/03/2015
Period Ending: 09/16/2015
Pay Date: 09/23/2015

0000000912
ROBERT Q GRAY
734 BELLE GROVE DRIVE
JONESBORO GA 30238

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 0

### Earnings
| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.7500 | 18.27 | 287.75 | 4,675.08 |
| Overtime | | | | 255.62 |
| **Gross Pay** | | | **$287.75** | 4,930.70 |

### Deductions
**Statutory**
| | this period | year to date |
|---|---|---|
| Social Security Tax | -17.84 | 305.70 |
| Medicare Tax | -4.18 | 71.50 |
| GA State Income Tax | -32.38 | 145.16 |
| Federal Income Tax | | 205.83 |

**Net Pay** $233.35
Checking 1  -233.35
**Net Check** $0.00

### Other Benefits and Information
| | this period | total to date |
|---|---|---|
| Earnings | | 287.75 |

Your federal taxable wages this period are $287.75
Your GA taxable wages this period are $287.75

◀ TEAR HERE   ©1998, 2006, ADP, LLC All Rights Reserved.

# Earnings Statement

**PODS ENTERPRISES, LLC**
5585 RIO VISTA DRIVE
CLEARWATER, FL 33760
727-538-6328

Period Beginning: 09/17/2015
Period Ending: 09/30/2015
Pay Date: 10/07/2015

0000000767
ROBERT Q GRAY
734 BELLE GROVE DRIVE
JONESBORO GA 30238

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.7500 | 27.92 | 439.74 | 5,114.82 |
| Overtime | | | | 255.62 |
| **Gross Pay** | | | **$439.74** | **5,370.44** |

| Deductions | | | |
|---|---|---|---|
| Statutory | | this period | year to date |
| Federal Income Tax | | -10.30 | 216.73 |
| Social Security Tax | | -27.27 | 352.97 |
| Medicare Tax | | -6.37 | 77.87 |
| GA State Income Tax | | -10.76 | 185.92 |
| **Net Pay** | | **$355.04** | |
| Checking 1 | | -354.44 | |
| **Net Check** | | **$0.00** | |

### Other Benefits and Information
| | this period | total to date |
|---|---|---|
| Earnings | 439.74 | |

### Additional Tax Withholding Information
Taxable Marital Status: Single
Exemptions/Allowances:
GA: 0

Your federal taxable wages this period are $439.74
Your GA taxable wages this period are $439.74

©1998, 2006, ADP, LLC All Rights Reserved.

◀ TEAR HERE